Andrew T. Oliver (Cal Bar No. 226098)
AMIN, TUROCY & WATSON LLP
148 Castro Street, Suite B-20
Mountain View, CA 94041
Telephone: 650-618-6477
Email: aoliver@ATWiplaw.com

Attorneys for Plaintiff
James Brady

John P. Higgins (*Admitted Pro Hac Vice*)
jhiggins@ahpapatent.com
Justin A. Jernigan (*Admitted Pro Hac Vice*)
jjernigan@ahpapatent.com
Additon, Higgins, Pendleton & Ashe, P.A.
11610 North Community House Rd, Ste. 200
Charlotte, North Carolina 28277-2199
Telephone: (704) 945-6704
Facsimile: (704) 945-6735

Joseph A. Greco (Cal. Bar No. 104476)
jgreco@beckllp.com
Kimberly P. Zapata (Cal. Bar No. 138291)
kzapata@beckllp.com
BECK, BISMONTE & FINLEY, LLP
Cityview Plaza
150 Almaden Boulevard, 10th Floor
San Jose, Ca 95113
Telephone: 408.938.7900
Facsimile: 408.938.0790

Attorneys for Defendant and Counterclaimant
VON DREHLE CORPORATION

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRADY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>VON DREHLE CORPORATION,<br><br>　　　　　　Defendant(s). | Case No. 3:14-cv-1732-VC<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**<br><br>**DEMAND FOR JURY TRIAL** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

|   | ☐ | Non-binding Arbitration (ADR L.R. 4) |
|---|---|---|
|   | X | Early Neutral Evaluation (ENE)   (ADR L.R. 5) |
|   | ☐ | Mediation (ADR L.R. 6) |

The parties agree to hold the ADR session by:

    ☐    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    X    other requested deadline: the later of 90 days from (a) the date of the order referring the case to an ADR process, or (b) the date of the initial case management conference.

Dated: June 26, 2014                                            */s/ Andrew T. Oliver*
                                                                            Andrew T. Oliver
                                                                            Attorney for Plaintiff

Dated: June 26, 2014                                            */s/ John P. Higgins*
                                                                           John P. Higgins
                                                                            Attorney for Defendant

## ~~[PROPOSED]~~ ORDER

    ☒    The parties' stipulation is adopted and IT IS SO ORDERED.
    ☐    The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated: June 27, 2014

                                                                            VINCE CHHABRIA
                                                                            UNITED STATES DISTRICT JUDGE