| | |
|---|---|
| Andrew T. Oliver (Cal Bar No. 226098)<br>AMIN, TUROCY & WATSON LLP<br>148 Castro Street, Suite B-20<br>Mountain View, CA 94041<br>Telephone: 650-618-6477<br>Email: aoliver@ATWiplaw.com<br><br>Attorneys for Plaintiff<br>James Brady | John P. Higgins (*Admitted Pro Hac Vice*)<br>jhiggins@ahpapatent.com<br>Justin A. Jernigan (*Admitted Pro Hac Vice*)<br>jjernigan@ahpapatent.com<br>Additon, Higgins, Pendleton & Ashe, P.A.<br>11610 North Community House Rd, Ste. 200<br>Charlotte, North Carolina 28277-2199<br>Telephone: (704) 945-6704<br>Facsimile: (704) 945-6735<br><br>Joseph A. Greco (Cal. Bar No. 104476)<br>jgreco@beckllp.com<br>Kimberly P. Zapata (Cal. Bar No. 138291)<br>kzapata@beckllp.com<br>BECK, BISMONTE & FINLEY, LLP<br>Cityview Plaza<br>150 Almaden Boulevard, 10th Floor<br>San Jose, Ca 95113<br>Telephone: 408.938.7900<br>Facsimile: 408.938.0790<br><br>Attorneys for Defendant and Counterclaimant<br>VON DREHLE CORPORATION |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRADY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>VON DREHLE CORPORATION,<br><br>　　　　　Defendant(s). | Case No. 3:14-cv-1732-VC<br><br>**STIPULATION REGARDING EXTENSION AND [~~PROPOSED~~] ORDER**<br><br>**DEMAND FOR JURY TRIAL** |

WHEREAS, Defendant von Drehle Corporation ("Defendant") filed a motion to transfer on July 18, 2014, noticing a hearing for August 28, 2014 (ECF No. 30);

WHEREAS, Plaintiff James Brady's ("Plaintiff") opposition is due on August 1, 2014, pursuant to Civil L.R. 7-3(a);

STIPULATION REGARDING EXTENSION AND [PROPOSED] ORDER
Case No. 3:14-cv-1732-VC

WHEREAS, Plaintiff has requested an extension of time to oppose the motion due to counsel's unavoidable conflicts in other litigation matters;

WHEREAS, Defendant does not object to the requested extension;

WHEREAS, even with the requested extension, the Court will have the standard two-week period between the reply brief and the hearing;

NOW THEREFORE, Plaintiff and Defendant stipulate to the following briefing schedule related to Defendant's motion to transfer (ECF No. 30):

Plaintiff's Opposition pursuant to Civil L.R. 7-3(a) shall be filed no later than August 7, 2014, and

Defendant's Reply pursuant to Civil L.R. 7-3(c) shall be filed no later than August 14, 2014.

SO STIPULATED.

Dated: July 29, 2014　　　　　　　　　　　　　　　　*/s/Andrew T. Oliver*
　　　　　　　　　　　　　　　　　　　　　　　　　Andrew T. Oliver
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: July 29, 2014　　　　　　　　　　　　　　　　*/s/ John P. Higgins*
　　　　　　　　　　　　　　　　　　　　　　　　　John P. Higgins
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 30, 2014　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　　VINCE CHHABRIA
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

## ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)

Pursuant to Local Rule 5-1(i)(3) regarding signatures, I attest that the concurrence in the filing of this document has been obtained from the signatories.

Dated: July 29, 2014                                    AMIN, TUROCY & WATSON LLP

By: */s/ Andrew T. Oliver*
    Andrew T. Oliver
    Attorneys for Plaintiff James Brady

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel who have entered an appearance in this action.

Dated: July 29, 2014                                    AMIN, TUROCY & WATSON LLP

By: */s/ Andrew T. Oliver*
    Andrew T. Oliver
    Attorneys for Plaintiff James Brady