# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:14−cv−01732−VC

| | |
|---|---|
| Brady v. Von Drehle Corporation | Date Filed: 04/15/2014 |
| Assigned to: Hon. Vince Chhabria | Date Terminated: 08/26/2014 |
| Cause: 35:271 Patent Infringement | Jury Demand: Both |
| | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**James Brady**     represented by     **Andrew T. Oliver**
Amin, Turocy &Watson, LLP
148 Castro Street
Suite B−20
Mountain View, CA 94041
650−618−6477
Email: aoliver@ATWiplaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Von Drehle Corporation**     represented by     **John P Higgins**
Additon, Higgins and Pendleton, P.A.
11610 North Community House Road
Suite 200
Charlotte, NC 28277
United Sta
704−945−6700
Fax: 704−945−6735
Email: jhiggins@ahpapatent.com
*ATTORNEY TO BE NOTICED*

**Joseph A. Greco**
Beck Bismonte &Finley, LLP
150 Almaden Boulevard, 10th Floor
San Jose, CA 95113
408−938−7900
Fax: 408−938−0790
Email: jgreco@beckllp.com
*ATTORNEY TO BE NOTICED*

**Justin Alan Jernigan**
Additon, Higgins, Pendleton and Ashe, P.A.
11610 North Community House Road
Suite 200
Charlotte, NC 28277
United Sta
704−945−6700
Fax: 704−945−6735

        Email: jjernigan@ahpapatent.com
        *PRO HAC VICE*
        *ATTORNEY TO BE NOTICED*

        **Kimberly Paul Zapata**
        Beck, Bismonte &Finley, LLP
        150 Almaden Blvd, 10th Floor
        San Jose, CA 95113
        408−938−7900
        Email: kzapata@beckllp.com
        *ATTORNEY TO BE NOTICED*

**Counter−claimant**

**Von Drehle Corporation**   represented by   **John P Higgins**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Joseph A. Greco**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Justin Alan Jernigan**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Kimberly Paul Zapata**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

V.

**Counter−defendant**

**James Brady**   represented by   **Andrew T. Oliver**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 04/15/2014 | Ï 1 | COMPLAINT *for Patent Infringement* against All Defendants ( Filing fee $ 400, receipt number 0971−8534143.). Filed byJames Brady. (Attachments: # 1 Exhibit 1 − U.S. Pat. No. D522,785, # 2 Civil Cover Sheet)(Oliver, Andrew) (Filed on 4/15/2014) (Entered: 04/15/2014) |
| 04/15/2014 | Ï 2 | Certificate of Interested Entities by James Brady (Oliver, Andrew) (Filed on 4/15/2014) (Entered: 04/15/2014) |
| 04/15/2014 | Ï 3 | Case assigned to Magistrate Judge Maria−Elena James.<br><br>Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E−Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening. |

| | | |
|---|---|---|
| | | Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. Counsel is required to send chambers a copy of the initiating documents pursuant to L.R. 5−1(e)(7). A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. (cjlS, COURT STAFF) (Filed on 4/15/2014) (Entered: 04/15/2014) |
| 04/17/2014 | Ï 4 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 7/10/2014. Case Management Conference set for 7/17/2014 10:00 AM. (Attachments: # 1 Standing Order, # 2 Standing Order)(hdjS, COURT STAFF) (Filed on 4/17/2014) (Entered: 04/17/2014)** |
| 04/17/2014 | Ï 5 | REPORT on the filing or determination of an action regarding (cc: form mailed to register). (hdjS, COURT STAFF) (Filed on 4/17/2014) (Entered: 04/17/2014) |
| 04/28/2014 | Ï 6 | Proposed Summons. (Oliver, Andrew) (Filed on 4/28/2014) (Entered: 04/28/2014) |
| 04/29/2014 | Ï 7 | Summons Issued as to Von Drehle Corporation. (hdjS, COURT STAFF) (Filed on 4/29/2014) (Entered: 04/29/2014) |
| 05/28/2014 | Ï 8 | NOTICE of Appearance by Joseph A. Greco (Greco, Joseph) (Filed on 5/28/2014) (Entered: 05/28/2014) |
| 05/28/2014 | Ï 9 | NOTICE of Appearance by Kimberly Paul Zapata (Zapata, Kimberly) (Filed on 5/28/2014) (Entered: 05/28/2014) |
| 05/28/2014 | Ï 10 | Certificate of Interested Entities by Von Drehle Corporation (Greco, Joseph) (Filed on 5/28/2014) (Entered: 05/28/2014) |
| 05/28/2014 | Ï 11 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Von Drehle Corporation.. (Greco, Joseph) (Filed on 5/28/2014) (Entered: 05/28/2014) |
| 05/28/2014 | Ï 12 | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE: The Clerk of this Court will now randomly reassign this case to a District Judge because either (1) a party has not consented to the jurisdiction of a Magistrate Judge, or (2) time is of the essence in deciding a pending judicial action for which the necessary consents to Magistrate Judge jurisdiction have not been secured. You will be informed by separate notice of the district judge to whom this case is reassigned. ALL HEARING DATES PRESENTLY SCHEDULED BEFORE THE CURRENT MAGISTRATE JUDGE ARE VACATED AND SHOULD BE RE−NOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE IS REASSIGNED. *This is a text only docket entry; there is no document associated with this notice.* (rmm2S, COURT STAFF) (Filed on 5/28/2014) (Entered: 05/28/2014) |
| 05/29/2014 | Ï 13 | **ORDER REASSIGNING CASE. Case reassigned to Judge Hon. Vince Chhabria for all further proceedings. Magistrate Judge Maria−Elena James no longer assigned to the case.. Signed by Executive Committee on 5/29/14. (as, COURT STAFF) (Filed on 5/29/2014) (Entered: 05/29/2014)** |
| 05/29/2014 | Ï 14 | STIPULATION *for First Extension of Time to Respond to Complaint* filed by Von Drehle Corporation. (Greco, Joseph) (Filed on 5/29/2014) (Entered: 05/29/2014) |
| 05/29/2014 | Ï 15 | **Initial Case Management Scheduling Order: Case Management Statement due by 7/11/2014. Case Management Conference set for 7/18/2014 10:30 AM in Courtroom 4, 17th Floor, San Francisco. Signed by Judge Vince Chhabria on 5/29/2014. (knm, COURT STAFF) (Filed on 5/29/2014) (Entered: 05/29/2014)** |
| 06/05/2014 | Ï 16 | CERTIFICATE OF SERVICE by James Brady re 15 Initial Case Management Scheduling Order with ADR Deadlines, (Oliver, Andrew) (Filed on 6/5/2014) (Entered: 06/05/2014) |

| | | |
|---|---|---|
| 06/06/2014 | 17 | MOTION for leave to appear in Pro Hac Vice of John P. Higgins ( Filing fee $ 305, receipt number 0971–8674010.) filed by Von Drehle Corporation. (Attachments: # 1 Certificate of Good Standing for Higgins)(Higgins, John) (Filed on 6/6/2014) Modified on 6/9/2014 (farS, COURT STAFF). (Entered: 06/06/2014) |
| 06/06/2014 | 18 | MOTION for leave to appear in Pro Hac Vice of Justin A. Jernigan ( Filing fee $ 305, receipt number 25G3122A.) Filing fee previously paid on 6/6/14 filed by Von Drehle Corporation. (Attachments: # 1 Certificate of Good Standing for Jernigan)(Jernigan, Justin) (Filed on 6/6/2014) Modified on 6/9/2014 (farS, COURT STAFF). (Entered: 06/06/2014) |
| 06/09/2014 | 19 | **Order by Hon. Vince Chhabria granting 17 Motion for Pro Hac Vice– Higgins.(knm, COURT STAFF) (Filed on 6/9/2014) (Entered: 06/09/2014)** |
| 06/09/2014 | 20 | **Order by Hon. Vince Chhabria granting 18 Motion for Pro Hac Vice– Jernigan.(knm, COURT STAFF) (Filed on 6/9/2014) (Entered: 06/09/2014)** |
| 06/23/2014 | 21 | ANSWER to Complaint with Jury Demand , COUNTERCLAIM against James Brady byVon Drehle Corporation. (Greco, Joseph) (Filed on 6/23/2014) (Entered: 06/23/2014) |
| 06/24/2014 | 22 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options (Oliver, Andrew) (Filed on 6/24/2014) (Entered: 06/24/2014) |
| 06/26/2014 | 23 | ADR Certification (ADR L.R. 3–5 b) of discussion of ADR options (Higgins, John) (Filed on 6/26/2014) (Entered: 06/26/2014) |
| 06/26/2014 | 24 | STIPULATION and Proposed Order selecting Early Neutral Evaluation by James Brady *and Von Drehle Corp.* filed by James Brady. (Oliver, Andrew) (Filed on 6/26/2014) (Entered: 06/26/2014) |
| 07/01/2014 | 25 | **Order by Hon. Vince Chhabria granting 24 Stipulation selecting Early Neutral Evaluation.(knm, COURT STAFF) (Filed on 7/1/2014) (Entered: 07/01/2014)** |
| 07/01/2014 | 26 | CLERK'S NOTICE RESCHEDULING THE CASE MANAGEMENT CONFERENCE: Case Management Statement due by 7/15/2014. Case Management Conference set for 7/22/2014 10:00 AM in Courtroom 10, 19th Floor, San Francisco. *This is a text only docket entry, there is no document associated with this notice.* (knm, COURT STAFF) (Filed on 7/1/2014) (Entered: 07/01/2014) |
| 07/11/2014 | 27 | ANSWER TO COUNTERCLAIM 21 Answer to Complaint, Counterclaim byJames Brady. (Oliver, Andrew) (Filed on 7/11/2014) (Entered: 07/11/2014) |
| 07/14/2014 | 28 | ADR Clerks Notice Appointing Brandon Baum as ENE Evaluator. (cmf, COURT STAFF) (Filed on 7/14/2014) (Entered: 07/14/2014) |
| 07/15/2014 | 29 | JOINT CASE MANAGEMENT STATEMENT filed by James Brady. (Oliver, Andrew) (Filed on 7/15/2014) (Entered: 07/15/2014) |
| 07/18/2014 | 30 | MOTION to Transfer Case filed by Von Drehle Corporation. Motion Hearing set for 8/28/2014 10:00 AM in Courtroom 4, 17th Floor, San Francisco before Hon. Vince Chhabria. Responses due by 8/1/2014. Replies due by 8/8/2014. (Attachments: # 1 Declaration of Raymond von Drehle)(Greco, Joseph) (Filed on 7/18/2014) (Entered: 07/18/2014) |
| 07/22/2014 | 31 | Minute Entry: Initial Case Management Conference held on 7/22/2014 before The Honorable Vince Chhabria (Date Filed: 7/22/2014). Final Pretrial Conference set for 7/28/2015 01:00 PM in Courtroom 4, 17th Floor, San Francisco. Jury Selection set for 8/10/2015 08:30 AM in Courtroom 4, 17th Floor, San Francisco before Hon. Vince Chhabria. Jury Trial set for 8/10/2015 through 8/12/2015 08:30 AM in Courtroom 4, 17th Floor, San Francisco before Hon. Vince Chhabria. (Not reported or recorded.) (knm, COURT STAFF) (Date Filed: 7/22/2014) (Entered: 07/22/2014) |

| | | |
|---|---|---|
| 07/29/2014 | 32 | STIPULATION WITH PROPOSED ORDER *regarding Scheduling* filed by Von Drehle Corporation. (Higgins, John) (Filed on 7/29/2014) (Entered: 07/29/2014) |
| 07/29/2014 | 33 | STIPULATION WITH PROPOSED ORDER *Regarding Extension* filed by James Brady. (Oliver, Andrew) (Filed on 7/29/2014) (Entered: 07/29/2014) |
| 07/31/2014 | 34 | **STIPULATION AND ORDER re 32 STIPULATION *regarding Scheduling* filed by Von Drehle Corporation. Discovery due by 2/27/2015. Signed by Judge Vince Chhabria on 7/30/2014. (knm, COURT STAFF) (Filed on 7/31/2014) (Entered: 07/31/2014)** |
| 07/31/2014 | 35 | **STIPULATION AND ORDER re 33 STIPULATION *Regarding Extension* filed by James Brady re 30 MOTION to Transfer Case . Responses due by 8/7/2014. Replies due by 8/14/2014. Signed by Judge Vince Chhabria on 7/31/2014. (knm, COURT STAFF) (Filed on 7/31/2014) (Entered: 07/31/2014)** |
| 08/07/2014 | 36 | RESPONSE (re 30 MOTION to Transfer Case ) filed byJames Brady. (Attachments: # 1 Affidavit of Andrew T. Oliver)(Oliver, Andrew) (Filed on 8/7/2014) (Entered: 08/07/2014) |
| 08/14/2014 | 37 | REPLY (re 30 MOTION to Transfer Case ) filed byVon Drehle Corporation. (Attachments: # 1 Declaration of S. von Drehle, # 2 Declaration of Higgins)(Higgins, John) (Filed on 8/14/2014) (Entered: 08/14/2014) |
| 08/18/2014 | 38 | CLERKS NOTICE RESCHEDULING THE TIME FOR HEARING RE 30 MOTION to Transfer Case . Motion Hearing set for 8/28/2014 01:00 PM in Courtroom 10, 19th Floor, San Francisco before Hon. Vince Chhabria. *This is a text only docket entry, there is no document associated with this notice.* (knm, COURT STAFF) (Filed on 8/18/2014) (Entered: 08/18/2014) |
| 08/21/2014 | 39 | CLERK'S NOTICE VACATING THE HEARING RE MOTION TO TRANSFER CASE. The Court will rule on the motion based on the briefs filed by the parties. *This is a text only docket entry, there is no document associated with this notice.* (knm, COURT STAFF) (Filed on 8/21/2014) (Entered: 08/21/2014) |
| 08/26/2014 | 40 | **Order by Hon. Vince Chhabria granting 30 Motion to Transfer Case to the Western District of North Carolina.(knm, COURT STAFF) (Filed on 8/26/2014) (Entered: 08/26/2014)** |